IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON CHASE-KEYES,<br>    Plaintiff, | :<br>:<br>: |
| v. | :  CIVIL ACTION NO. 25-CV-5043 |
| | : |
| SPRINGFIELD TOWNSHIP POLICE<br>DEPARTMENT, *et al.*,<br>    Defendants. | :<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 9th day of October 2025, upon consideration of Plaintiff Aaron Chase-Keyes's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Chase-Keyes's Complaint (ECF No. 2) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE**. The Fourth Amendment claims are dismissed as time-barred, and the Fourteenth Amendment claims are dismissed for failure to state a claim.

    b. All state claims are **DISMISSED** for lack of subject matter jurisdiction. This dismissal is without prejudice, so Chase-Keyes can file these claims in the appropriate state court if he chooses to do so. The Court expresses no opinion on the merits of any such lawsuit.

4. The Clerk of Court is **DIRECTED** to **STRIKE** Chase-Keyes's proposed summons as unauthorized.  (ECF No. 5.)

5. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                                **S/ WENDY BEETLESTONE**

                                                **WENDY BEETLESTONE, C. J.**